CITY OF CLIFTON, PLAINTIFF-RESPONDENT, v. ERNEST KURZROK, DEFENDANT-PETITIONER.

*Mr. Ernest Kurzrok, in propria persona.*

*Mr. John G. Dluhy* and *Mr. Frank W. Shershin* for the respondent.

January 26, 1953.   Denied.

CORNELIUS T. MONIHAN, PLAINTIFF-RESPONDENT, v. PUBLIC SERVICE INTERSTATE TRANSPORTATION COMPANY, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 22 *N. J. Super.* 149.

*Mr. Luke A. Kiernan* for the petitioners.

*Mr. Horace G. Brown* for the respondent.

January 26, 1953.   Denied.